UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC,<br>　　　　Plaintiff,<br>　　v.<br>BASECAMP, LLC,<br>　　　　Defendant. | Case No. 21-mc-80187-TSH<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 1 |

The Court orders the parties to review the August 19, 2021 discovery order in *Apple, Inc. v. Match Group, Inc.*, 21-mc-80184, ECF No. 36, and to meet and confer. Within 14 days, the parties shall file a status report concerning Apple's pending motion to compel.

**IT IS SO ORDERED.**

Dated: August 23, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge