| | |
|---|---|
| Douglas J. Dixon, State Bar No. 275389<br>ddixon@hueston.com<br>Joseph A. Reiter, State Bar No. 294976<br>jreiter@hueston.com<br>William Larsen, State Bar No. 314091<br>wlarsen@hueston.com<br>HUESTON HENNIGAN LLP<br>620 Newport Center Drive, Suite 1300<br>Newport Beach, CA 92660<br>Telephone:     (949) 229-8640<br>Facsimile:     (888) 775-0898 | John Calandra (*pro hac vice*)<br>jcalandra@mwe.com<br>Nicole Castle (*pro hac vice*)<br>ncastle@mwe.com<br>Michael R. Huttenlocher (*pro hac vice*)<br>mhuttenlocher@mwe.com<br>MCDERMOTT WILL & EMERY LLP<br>One Vanderbilt Avenue<br>New York, New York 10017<br>Telephone:     (212) 547-5400<br>Facsimile:     (212) 547-5444 |
| *Attorneys for Defendant Basecamp, LLC* | *Attorneys for Movant Apple Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Apple Inc.,<br><br>　　　　　Movant,<br><br>　　vs.<br><br>Basecamp, LLC,<br><br>　　　　　Defendant. | Case No. 3:21-mc-80187-YGR (TSH)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING WITHDRAWAL OF APPLE INC.'S MOTION TO COMPEL** |

Pursuant to Civil Local Rule 7-12, Movant Apple Inc. and Defendant Basecamp, LLC, by and through their respective counsel, hereby agree as follows:

WHEREAS, in light of the Settlement Agreement and related motion for preliminary approval filed in *Cameron v. Apple Inc.*, No. 4:19-mc-03074-YGR (TSH), Apple has elected to withdraw its motion to compel in this action against Basecamp;

WHEREAS, Apple reserves all rights to pursue additional documents in the future without reservation;

WHEREAS, Basecamp similarly reserves all rights to object to such pursuit, including but not limited to on grounds of relevance, privilege, and timeliness;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that Apple withdraws the motion to compel pending in this action. The clerk shall enter an order of dismissal in due course.

**SO STIPULATED:**

DATED: September 3, 2021.

HUESTON HENNIGAN LLP

*/s/ Douglas J. Dixon*
Douglas J. Dixon, State Bar No. 275389
Joseph A. Reiter, State Bar No. 294976
William Larsen, State Bar No. 314091

*Attorneys for Defendant Basecamp, LLC*

DATED: September 3, 2021.

MCDERMOTT WILL AND EMERY LLP

*/s/ Nicole L. Castle*
Nicole Castle (*pro hac vice*)
John Calandra (*pro hac vice*)
Michael R. Huttenlocher (*pro hac vice*)

*Attorneys for Movant Apple Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: _____, 2021.

_____

**DECLARATION REGARDING CONCURRENCE**

I, Douglas J. Dixon, am the ECF user whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER REGARDING WITHDRAWAL OF APPLE INC.'S MOTION TO COMPEL**.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all of the signatories listed above have concurred in this filing.

DATED:  September 3, 2021.

*/s/ Douglas J. Dixon*

- 3 -
STIPULATION AND [PROPOSED] ORDER REGARDING WITHDRAWAL OF APPLE INC.'S MOTION TO COMPEL
6037634